# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00226-CV

### K. M. B., Jr., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

#### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
#### NO. 19-0027-CPSC1, THE HONORABLE BRANDY HALLFORD, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant K. M. B., Jr. filed notice of appeal on May 12, 2021. The appellate record was complete on May 24, 2021, making appellant's brief due on June 14, 2021. On June 14, 2021, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Kenneth A. Richey, Jr., to file appellant's brief no later than June 28, 2021. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on June 15, 2021.

Before Chief Justice Byrne, Justices Baker and Smith